**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7884**

─────────────

ALICIA MAGALLON GUERRERO,

                                    Plaintiff - Appellant,

        versus

SHELIA CLARK; MR. SHEPARD; JOHN PRIT; BARRY
MILLER; DENISE CARTER,

                                    Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-01-765-2)

─────────────

Submitted:  February 14, 2002        Decided:  February 27, 2002

─────────────

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Alicia Magallon Guerrero, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alicia Magallon Guerrero appeals from the district court's order dismissing for improper venue her action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Guerrero v. Clark, No. CA-01-765-2 (E.D. Va. Oct. 23, 2001). We deny Guerrero's motion for injunction in which she seeks a transfer to a federal correctional facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED